1 Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
2 21550 Oxnard St. Suite 780,
3 Woodland Hills, CA 91367
Phone: 877-206-4741
4 Fax: 866-633-0228
5 tfriedman@attorneysforconsumers.com
*Attorney for Plaintiff*
6

7 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
8

9 ) Case No. 2:18−cv−01362−R−KS
10 )
ROBERT CURTIS ) **NOTICE OF VOLUNTARY**
11 ) **DISMISSAL OF ACTION**
12 Plaintiff(s), ) **WITHOUT PREJUDICE**
)
13 )
v. )
14 )
15 29STUDIOS.US, et al. )
)
16 Defendant(s) )

17
18     NOW COMES THE PLAINTIFF by and through their attorneys to
19 respectfully move this Honorable Court to dismiss this matter without prejudice
20 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has
21 filed either an answer or a motion for summary judgment at this time, and no
22 Court order is necessary pursuant to the Fed. R. Civ. P.
23 Respectfully submitted this 27th Day of April, 2018,

24
                        By: s/Adrian R. Bacon Esq.
25                          Adrian R. Bacon
26                          Attorney for Plaintiff

27
28

Notice of Dismissal - 1

## CERTIFICATE OF SERVICE

Filed electronically on April 27 2018, with:

United States District Court CM/ECF system

Notification sent electronically on April 27 2018, to:

To the Honorable Court, all parties and their Counsel of Record

s/ Adrian R. Bacon
   Adrian R. Bacon